November 2, 1979

M. P. No. 78-197.   STATE *v.* JOHN CARILLO. We issued our common-law writ of certiorari to insure the review by this court of the defendant's challenge to the denial of his motion for a new trial which was based on newly discovered evidence. This issue has been considered and rejected this day in *State* v. *Carillo*, No. 74-273-C.A. Consequently, the above petition for certiorari is denied and dismissed. *Dennis J. Roberts II*, Attorney General, *Barry N. Capalbo*, Special Assist-

ant Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Chief Appellate Attorney, *Dale G. Anderson,* Assistant Public Defender, for defendant.